UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RASHAWN ROBERTS

VERSUS

MEADOWBROOK APARTMENTS
PARTNERS, LTD., AND ITS LIABILITY
INSURER, ET AL

CIVIL ACTION

NO. 10-422-BAJ-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 12, 2010 to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's Motion to Remand (doc. 11) is **GRANTED** and this matter shall be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, December ___1___, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA